Ira G. Greenberg
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendants
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ROBERT T. PUOPOLO,

          Plaintiff,

versus

EQUINOX CAPITAL, INC., EQUINOX
PARTNERS III, LLC, and STEVEN C.
RODGER,

          Defendants.

------------------------------------------------------------x

No.

RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, defendant Equinox Capital, Inc. discloses that it has no parent corporation and that no publicly traded corporation owns ten percent or more of its securities.

Dated: New York, NY
         February 7, 2008

*[signature]*
Ira G. Greenberg
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendants
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

- 2 -

TO:

Eric P. Heichel, Esq.
EISEMAN LEVINE LEHRHAUPT & KAKO-
  YIANNIS, P.C.
Attorneys for Plaintiff
805 Third Avenue
New York, NY 10022
(212) 752-1000