**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
ROBERT T. PUOPOLO,                           :
                                             :    Case No.:
            Plaintiff,             :    08-CV-1311 (LAP)
                                             :
      -against-                            :
                                             :
EQUINOX CAPITAL, INC.,                       :
EQUINOX PARTNERS III, LLC,                   :
and STEVEN C. RODGER,                        :
                                             :
            Defendants.            :
---------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance in this matter on behalf of plaintiff Robert T. Puopolo, as counsel of record, and requests that all papers be served upon the undersigned.

Dated: February 22, 2008

            EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS, P.C.

            /S/ ERIC P. HEICHEL
            Eric P. Heichel (EH-9940) (EHeichel@eisemanlevine.com)
            Jonathan C. Marquet (JM-0317) (Jmarquet@eisemanlevine.com)
            805 Third Avenue, 10th Floor
            New York, New York 10022
            Telephone: (212) 752-1000
            Attorneys for Plaintiff