Eric P. Heichel (EH 9940)
Jonathan C. Marquet (JM 0317)
Eiseman Levine Lehrhaupt
& Kakoyiannis, P.C.
805 Third Avenue, 10th Floor
New York, NY 10022
212-752-1000
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
ROBERT T. PUOPOLO,                              Case No. 08-CV-1311(LAP)

                            Plaintiff,

            -against-                           **AFFIDAVIT OF SERVICE**

EQUINOX CAPITAL, INC.
EQUINOX PARTNERS III, LLC,
and STEPHEN C. RODGER,

                            Defendants.
-----------------------------------------------------------------------x

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

    ANNAMARIE CERBONE, affirms and says:

    I am employed by Eiseman Levine Lehrhaupt & Kakoyiannis, P.C., attorneys for plaintiff. I am over the age of eighteen years and not a party to this action.

    On the 18th day of March 2008, I served the Reply to Counterclaim, dated March 18, 2008, upon the party set forth below by first class mail, by depositing a true copy of same in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed to the following, which is the last known address of the addressee, to wit:

Ira G. Greenberg, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue, 8th Floor
New York, New York 10022
Attorney for Defendants

Affirmed to before me this
18th Day of March 2008

_____
NOTARY PUBLIC

_____
ANNAMARIE CERBONE


