USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT T. PUOPOLO,

          Plaintiff,

-against-

EQUINOX CAPITAL, INC.,
EQUINOX PARTNERS III, LLC,
and STEVEN C. RODGER,

          Defendants.
------------------------------------------------------------X

Case No.:
08-CV-1311 (LAP)

STIPULATION AND
[~~PROPOSED~~] ORDER

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED** by and between the undersigned counsel:

1. That the date set forth in this Court's 60-day Order of Discontinuance, dated June 24, 2008, by which plaintiff is required to apply to Magistrate Judge Eaton by letter (by fax or by mail) for restoration of the action to the calendar if the settlement is not effected, be extended from August 25, 2008 to September 8, 2008.

2. That, for the purposes of this stipulation, facsimile or other electronic signatures are to be deemed the equivalent of original signatures.

Dated: August 7, 2008

| | |
|---|---|
| Edwards Angell Palmer<br>& Dodge LLP | Eiseman Levine Lehrhaupt<br>& Kakoyiannis, P.C. |
| By: _____<br>Ira Greenberg (IG-6156)<br>750 Lexington Avenue<br>New York, New York 10022<br>Attorneys for Defendants | By: _____<br>Eric P. Heichel (EH-9940)<br>805 Third Avenue<br>New York, New York 10022<br>Attorneys for Plaintiff |

SO ORDERED _____
                    LORETTA A. PRESKA
                    United States District Judge

August 13, 2008